GARRICK S. LEW, ESQ. (SBN 61889)
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94108
Telephone: (415) 788-2712
Facsimile: (415) 522-1506

Attorneys for Defendant
VINCENT NG

FILED
FEB 17 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

VINCENT NG,

    Defendant.

CR No. CR 06-0051 CW

EXPARTE APPLICATION FOR TRAVEL ORDER

    Defendant VINCENT NG pursuant to the court's earlier approval hereby submits this Ex Parte Application for permission travel within the Northern and Eastern district of California and the Nevada side of South Lake Tahoe commencing Friday, February 17, 2006 through Tuesday February 21, 2006 for a winter break ski trip with his family and children.

Dated: February 16, 2006

Respectfully submitted;

_____
Garrick S. Lew
Attorney for Vincent Ng

GARRICK S. LEW, ESQ. (SBN 61889)
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94108
Telephone: (415) 788-2712
Facsimile: (415) 522-1506

Attorneys for Defendant
VINCENT NG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VINCENT NG,<br><br>    Defendant. | CR No. CR 06-0051 CW<br><br>APPLICATION FOR TRAVEL ORDER |

**REQUEST FOR TRAVEL ORDER**

On Monday February 13, 2006, Defendant VINCENT NG, through counsel, orally requested permission of the Court to take a family "ski week trip" with his wife and other family members during his children's winter break from the Piedmont Schools. The court granted defendant's request subject to defendant providing the court and parties with information regarding defendant's specific travel plans including where defendant will be staying and the dates of out of district travel.

VINCENT NG will travel by automobile from Piedmont, California through the Northern and Eastern districts of California to the South Lake Tahoe area to ski various ski resorts in the South Lake Tahoe vicinity.

The Ng family plans to leave Piedmont California the evening of February 17, 2006 and return Tuesday February 21, 2006. The family will be staying at a ski cabin located at 1045 Coyote Ridge,

South Lake Tahoe, California. The cabin does not have hard wired phone service. Mr. Ng can be contacted on his cellular phone at 510-219-1151 at any time during the ski trip.

Defendant is on pretrial release on an unsecured $100,000 personal recognizance bond. Defendant's first appearance between the Honorable Claudia Wilkins is presently scheduled for February 27, 2006. VINCENT NG is a naturalized United States citizen and pretrial release bond only permits travel within the Northern district of California.

Dated: February 16, 2006

Respectfully Submitted,

Garrick S. Lew

## ORDER

Based on the above, good cause appearing, it is hereby ordered that defendant be permitted to travel to South Lake Tahoe for a family ski vacation during the period February 17 through February 21, 2006.

DATED: 2/17/06

Magistrate Judge, U.S. District Court

1  GARRICK S. LEW, ESQ. (SBN 61889)
   Design Center East
2  600 Townsend Street, Suite 329E
   San Francisco, CA 94108
3  Telephone: (415) 788-2712
   Facsimile: (415) 522-1506
4
   Attorneys for Defendant
5  VINCENT NG

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12 UNITED STATES OF AMERICA,        )
                                    )   CR No. CR 06-0051 CW
13           Plaintiff,             )
                                    )   DECLARATION OF COUNSEL re EX PARTE
14      vs.                         )   TRAVEL ORDER
                                    )
15 VINCENT NG,                      )
                                    )
16           Defendant.             )
   _____)

17       I, GARRICK S. LEW, declare as follows:

18       1.      On February 13, 2006, when defendant orally applied for permission to travel on a family

19 ski trip there was no opposition to the request by the government or pretrial services.

20       2.      The court orally approved defendant's request subject to defendant providing the court

21 with information as to his specific travel plans and where he and his family will be staying.

22       3.      Defendant's and his family plan to travel from February 17, 2006 through February 21

23 2006 and plan to stay at a ski cabin located at 1045 Coyote Ridge, South Lake Tahoe, California. The

24 cabin does not have hard wired phone service. Mr. Ng can be contacted on his cellular phone at 510-

25 219-1151 at any time during the ski trip.

26       4.      On February 16, 2006, I served a faxed copy of the instant ex parte travel application for

27 travel order and also left a message with Assistant United States Attorney, Maureen Bisette regarding

28 defendant's travel plans.

5. On February 16, 2006, I served a faxed copy of the instant travel order application and also spoke with PTS Officer Silvio Lugo regarding Ex Parte approval for the travel order.

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge.

Dated: February 16, 2006

Garrick S. Lew
Attorney for Vincent Ng

**PROOF OF SERVICE**

I, Jennifer M. Jameson, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is at the Law Offices of Garrick S. Lew, 600 Townsend Street, Suite 329E, San Francisco, CA 94103.

On February 16, 2006, I served a true copy of the following documents:

**DEFENDANT'S EX PARTE APPLICATION FOR TRAVEL ORDER**

Service was made by placing true copies of the foregoing documents enclosed in a sealed envelope addressed to the parties whose names and addresses appear below and faxing a copy of the same to the fax numbers indicated below:

Maureen Bissette
Assistant United States Attorney
United States District Court
1301 Clay Street
Oakland, CA 94612-5212
(415) 637-3724 [fax]

Silvio Lugo
United States Pretrial Services
1301 Clay Street
Oakland, CA 94612-5212
(510) 637-3541

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in San Francisco, California, onFebruary 16, 2006.

Jennifer M. Jameson