GARRICK S. LEW, ESQ. (SBN 61889)
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94108
Telephone: (415) 788-2712
Facsimile: (415) 522-1506

Attorneys for Defendant
VINCENT NG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CR No. CR 06-0051 CW |
| vs. | ) | EXPARTE APPLICATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS |
| VINCENT NG, | ) | |
| Defendant. | ) | |

    Defendant VINCENT NG submits this Ex Parte Application for modification of the February 7, 2006, pretrial Conditions of Release and Appearance Order to permit unrestricted travel within the Northern, Eastern and Central districts of California and the Nevada side of South Lake Tahoe.

Dated: March 9, 2006

                                      Respectfully submitted;


                                      _____/s/_____
                                      Garrick S. Lew
                                      Attorney for Vincent Ng

GARRICK S. LEW, ESQ. (SBN 61889)
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94108
Telephone: (415) 788-2712
Facsimile: (415) 522-1506

Attorneys for Defendant
VINCENT NG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>VINCENT NG,<br><br>                Defendant. | CR No. CR 06-0051 CW<br><br>EX PARTE REQUEST FOR MODIFICATION OF CONDITIONS OF RELEASE AND APPEARANCE |

**REQUEST FOR TRAVEL ORDER**

Defendant VINCENT NG, through counsel, submits this Ex Parte application for modification of his Conditions of Release and Appearance bond to permit unrestricted travel within the Northern, Eastern and Central Districts of California.

Defendant regularly travels with his family on ski trips, children sports league activities and family events within the Northern, Eastern and Central districts of California.

This weekend defendant's children are participating in the Sacramento Japanese United Methodist Church's 20th Annual Invitational Basketball Tournament [see attached confirmation and invitation letter] which will require the family to stay in Sacramento on the evenings of March 10 and 11, 2006. Later this month the family would like to return to the Lake Tahoe area for weekend skiing. For the Easter break week the family is planning to travel to the Los Angeles area to visit family and

1  friends which may involve skiing at Mammoth Mountain and a visit to Disneyland.  Under the present
2  Conditions of Release and Appearance defendant is required to apply for court approved travel orders
3  for each of these planned family activities.
4        Defendant has spoken with his pretrial services officer Betty Kim who does not oppose the
5  requested modification to allow unrestricted travel within the Northern, Eastern and Central districts of
6  California.
7        Counsel has also notified AUSA Maureen Bisette of the requested modification and the
8  government will not oppose the requested modification.
9        In February this Court granted defendant's Ex Parte request to take a family "ski week trip" with
10  family members during the children's winter break from the Piedmont Schools.
11        Defendant is on pretrial release on an unsecured $100,000 personal recognizance bond.
12  Defendant's next appearance before the Honorable Claudia Wilkins is presently scheduled for March
13  27, 2006.
14  Dated: March 9, 2006

                                        Respectfully Submitted,

                                        _____/s/_____
                                        Garrick S. Lew

### ORDER

20        Based on the above, good cause appearing, it is hereby ordered that defendant's Conditions of
21  Release and Appearance be modified to permit unrestricted to travel within the Northern, Eastern and
22  Central districts of California and the Nevada side of Lake Tahoe.
23  DATED:  March 10, 2006

                                        _____
                                        WAYNE D. BRAZIL
                                        U.S. District Court Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Wayne D. Brazil]

GARRICK S. LEW, ESQ. (SBN 61889)
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94108
Telephone: (415) 788-2712
Facsimile: (415) 522-1506

Attorneys for Defendant
VINCENT NG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA, )
         Plaintiff, ) CR No. CR 06-0051 CW
          )
vs. ) DECLARATION OF COUNSEL re EX PARTE
          ) MODIFICATION OF CONDITIONS OF
VINCENT NG, ) RELEASE AND APPEARANCE
         Defendant. )

I, GARRICK S. LEW, declare as follows:

1. On February 13, 2006, when defendant orally applied for permission to travel on a family ski trip there was no opposition to the request by the government or pretrial services.

2. Defendant's and his family, with court approval, traveled to South Lake Tahoe, California for a family ski trip in February 2006 without incident.

3. On March 6, 2006, my assistant Jennifer Jameson left a voice message for Assistant United States Attorney, Maureen Bisette regarding defendant's request for modification of his conditions of release and I have not receive any objection to the proposed request from Ms. Bisette.

4. Defendant has discussed the proposed modification of his conditions of release with his pretrial services officer Betty Kim and Ms. Kim does not oppose the proposed modification.

5. On March 9, 2006, my office faxed a copy of the instant Ex Parte Application for Modification of Conditions of Release and Appearance to Betty Kim at Pretrial Services and AUSA

Maureen Bisette.

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge.

Dated: March 9, 2006

                                                            /s/
                                    Garrick S. Lew
                                    Attorney for Vincent Ng