GARRICK S. LEW, ESQ. (SBN 61889)
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94108
Telephone: (415) 788-2712
Facsimile: (415) 522-1506

Attorneys for Defendant
VINCENT NG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VINCENT NG,<br><br>    Defendant. | CR No. CR 06-0051 CW<br><br>STIPULATION AND [PROPOSED] ORDER WITHDRAWING DEFENDANT'S MOTION FOR SEVERANCE WITHOUT PREJUDICE |

    Defendant VINCENT NG filed a motion to sever his case from his co-defendants on June 12, 2006.

    The parties hereby stipulate that defendant NG may withdraw his motion WITHOUT PREJUDICE to further facilitate settlement discussions. The parties are actively seeking to settle the case short of trial, and litigating this motion will be unnecessary if the parties can agree on a resolution. In order to promote further settlement discussions and preserve defendant's rights, the parties seek to withdraw defendant's motion without prejudice. As such, the parties agree and stipulate that defendant NG may withdraw this motion without prejudice and may re-notice and file the motion should the parties be unable to reach a negotiated resolution and the case proceed to trial.

    A proposed order is appended hereto.

    SO STIPULATED

///

```
 1
 2
 3
 4
 5  DATED: _____
 6
 7
 8
 9
10  DATED: 7-13-06
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

Respectfully submitted,

_____
Garrick S. Lew
Attorney for Vincent Ng

KEVIN V. RYAN
United States Attorney

_____
MAUREEN BESSETTE
Assistant United States Attorney

**ORDER**

For the reason set forth above, the Court finds it appropriate to allow defendant to withdraw his Motion for Severance WITHOUT PREJUDICE.

Based on the foregoing, the Court hereby allows defendant to withdraw his Motion for Severance without prejudice; defendant may re-notice and re-file the motion if and when it is appropriate. The Clerk is directed to remove this motion from the Court's calendar.

SO ORDERED

July __17__, 2003

_____
THE HON. CLAUDIA WILKEN
United States District Court Judge