GARRICK S. LEW, ESQ. (SBN 61889)
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94108
Telephone: (415) 788-2712
Facsimile: (415) 522-1506

Attorneys for Defendant
VINCENT NG

**FILED**

AUG 2 - 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VINCENT NG,<br><br>    Defendant. | CR No. CR 06-0051 CW<br><br>EX PARTE REQUEST FOR MODIFICATION OF CONDITIONS OF RELEASE AND APPEARANCE |

**REQUEST FOR TRAVEL ORDER**

Defendant VINCENT NG, through counsel, submits this Ex Parte application for modification of his Conditions of Release and Appearance bond to permit vacation travel to Boston, Massachusetts, Montreal and Quebec, Canada from August 18, 2006 through August 27, 2006.

Defendant plans to travel with his wife and 2 children on a prepaid summer vacation air and sea cruise on Holland America Line per the attached itinery.

Defendant has provided the attached travel plans to his pretrial services officer Betty Kim who does not oppose the proposed travel order.

Counsel has also provided AUSA Maureen Bisette with a copy of the request for permission to travel.

In February this Court granted defendant's Ex Parte request to take a family "ski week trip" with

*[handwritten: cc: WDB's staff, Copies to parties via ECF, Pretrial, Financial, Sheilah]*

family members during the children's winter break from the Piedmont Schools.

Defendant is on pretrial release on an unsecured $100,000 personal recognizance bond. Defendant's next appearance before the Honorable Claudia Wilkins is presently scheduled for September 11, 2006 for trial setting.

Dated: August 1, 2006

                                            Respectfully Submitted,

                                            /s/
                                          _____
                                          Garrick S. Lew

## ORDER

Based on the above, good cause appearing, it is hereby ordered that defendant's Conditions of Release and Appearance be modified to permit vacation travel to Boston, Massachusetts, Montreal and Quebec, Canada from August 18, 2006 through August 27, 2006.

It is further ordered that defendant's United States Passport be released by the clerk of the court on August 17, 2006 and that defendant surrender his passport to the Clerk's office no later than August 29, 2006 upon his return from vacation travel.

DATED: 8-2-06

                                            WAYNE D. BRAZIL
                                            U.S. District Magistrate Judge