GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4957
Telephone: (415) 575-3588
Facsimile: (415) 522-1506

Attorneys for Defendant
Vincent Ng

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VINCENT NG<br><br>　　　　　Defendant. | **CR 06-00051 CW (WDB)**<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING HEARING** |

　　　The United States, through its counsel Maureen C. Bessette, and defendant Vincent Ng, through his counsel Garrick Lew, hereby stipulate and agree to vacate the sentencing hearing in this case scheduled for November 15, 2006 to January 19, 2007, before this Court.

　　　Due to scheduling conflicts counsel and the probation officer have been unable to schedule defendant's pre-sentence interview necessary for the completion of defendant's pre-sentence report. The government has no objection to continuing defendant's sentencing hearing for completion of the pre-sentence report.

　　　SO STIPULATED

November 13, 2006　　　　　　　　　　　　GARRICK LEW
　　　　　　　　　　　　　　　　　　　　　Counsel for Vincent Ng

1

| | |
|---|---|
| November 14, 2006 | /S/ |
| | Maureen C. Bessette |
| | Assistant United States Attorney |

**ORDER**

Based on the stipulation of the parties and the facts set forth in the stipulation between the parties, and good cause appearing,

IT IS HEREBY ORDERED that defendant's November 15, 2006 sentencing hearing is continued to January 19, 2007, at 10:00 A.M.

DATED: November 15, 2006

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, /s/ Wayne D. Brazil, Judge Wayne D. Brazil]*

_____
Honorable Wayne D. Brazil
United States Magistrate Judge

2