GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4957
Telephone: (415) 575-3588
Facsimile: (415) 522-1506

Attorneys for Defendant
Vincent Ng

FILED
JAN 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VINCENT NG ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CR 06-0051 CW (WDB) <br><br> STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING HEARING |

On January 11, 2007, the government announced its intention not to file a U.S.S.G §5K1.1 motion for downward departure for defendant. Defendant Vincent Ng is in need of additional time to prepare his sentencing memorandum and the government has no objection to defendant's request for additional time to prepare.

The United States, through its counsel Maureen C. Bessette, and defendant Vincent Ng, through his counsel Garrick Lew, hereby stipulate and agree to vacate the sentencing hearing in this case scheduled for January 19, 2007 to February 9, 2007, before this Court.

SO STIPULATED

Dated: January 17, 2007                    GARRICK LEW
                                           Counsel for Vincent Ng

cc: WDB's stats, copy to parties via ECF
Probation, Pretrial, Sherlah

Dated: January 17, 2007

/S/
Maureen C. Bessette
Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and the facts set forth in the stipulation between the parties, and good cause appearing,

IT IS HEREBY ORDERED that defendant's January 19, 2007 sentencing hearing is continued to February 9, 2007, at 10:00 A.M.

DATED: 1/18/07

Honorable Wayne D. Brazil
United States Magistrate Judge